IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN KNOX,

        Petitioner,

v.

R.D. KEYES,

        Respondent.

ORDER

22-cv-382-wmc

---

John Knox filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, arguing that he has earned enough First Step Act ("FSA") credits to warrant his immediate release to pre-release custody. Knox asked that the court excuse his failure to exhaust his administrative remedies because he did not believe the Bureau of Prisons ("BOP") could competently resolve his request for FSA credits. In response, the government asks that the court deny Knox's petition, either for his failure to exhaust or because the BOP has granted Knox all of the FSA time credits to which he is entitled. As for its alternative argument, the BOP supplemented its response recently, representing that the BOP calculated that Knox had earned 645 FSA time credits and referred Knox for immediate transfer to a residential reentry center. (*See d*kt. #13 and attachments.) Knox has not filed a reply in support of his petition, and the BOP inmate locator website lists Knox as located at an RRC. *See* bop.gov/inmateloc/ (last visited Sept. 2, 2022). Accordingly,

IT IS ORDERED THAT petitioner John Knox's petition for a writ of habeas corpus (dkt. #1) is DISMISSED as moot because Knox obtained his requested relief under the FSA.

SO ORDERED.

Entered the 6th day of September, 2022.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge